No. 431. SOUTHERN PACIFIC COMPANY *v.* YEARGIN, ADMINIS-

Decisions on Petitions for Writs of Certiorari.

TRATRIX. Eighth Circuit. Denied October 21, 1901. *Mr. Thomas T. Fauntloy, Mr. Shephard Barclay* and *Mr. L. E. Payson* for the petitioner.